No. 11–1327. EVANS *v.* MICHIGAN. Sup. Ct. Mich. [Certiorari granted, *ante,* p. 905.] Motion of petitioner to dispense with printing the joint appendix granted.

No. 10–7405. MITCHELL *v.* MAINE. Sup. Jud. Ct. Me. Certiorari denied.

No. 10–10180. MILLS *v.* ALABAMA. Sup. Ct. Ala. Certiorari denied.

No. 10–10642. JOHNSON *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 11–117. THOMAS MORE LAW CENTER ET AL. *v.* OBAMA, PRESIDENT OF THE UNITED STATES, ET AL. C. A. 6th Cir. Certiorari denied.

No. 11–420. VIRGINIA EX REL. CUCCINELLI, ATTORNEY GENERAL OF VIRGINIA *v.* SEBELIUS, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 4th Cir. Certiorari denied.

No. 11–438. LIBERTY UNIVERSITY ET AL. *v.* GEITHNER, SECRETARY OF THE TREASURY, ET AL. C. A. 4th Cir. Certiorari denied.

No. 11–535. ARNESON, COUNTY ATTORNEY, BLUE EARTH COUNTY, MINNESOTA, ET AL. *v.* 281 CARE COMMITTEE ET AL. C. A. 8th Cir. Certiorari denied.

No. 11–679. SEVEN-SKY, AKA SEVENSKY, ET AL. *v.* HOLDER, ATTORNEY GENERAL. C. A. D. C. Cir. Certiorari denied.

No. 11–691. MEDIA GENERAL, INC. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL.;

No. 11–696. TRIBUNE CO. ET AL. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL.; and

No. 11–698. NATIONAL ASSOCIATION OF BROADCASTERS *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. 3d Cir. Certiorari denied. Reported below: 652 F. 3d 431.